Form 159BNC  (Revised 12/01/2007)

**United States Bankruptcy Court – District of South Carolina**
J. Bratton Davis United States
Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201−2423

Case Number: 11−05730−hb                                                                                 Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Precision Lift, Inc.
130 South Oak Pointe Drive
Seneca, SC 29672

EIN: 81−0524342

| | |
|---|---|
| **NOTICE TO FILE PROOF OF**<br>**CLAIM DUE TO RECOVERY OF ASSETS** | **Filed By The Court**<br>**10/11/11**<br>Tammi M. Hellwig<br>Clerk of Court<br>US Bankruptcy Court |

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that is was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below within:

      For all creditors (except a Governmental Unit):      For a Governmental Unit:
      **90 days after the *mailing* of this notice.**      **180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.**

Creditors who do not file a proof of claim within the above time may not share in any distribution from the debtor's estate.

The proof of claim form is available at the United States Bankruptcy Court in Columbia or through the Court's website at www.scb.uscourts.gov. Please call the Clerk's Office if you have procedural questions about the filing of a proof of claim. A proof of claim may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope.

There is no fee for filing a proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**


FILE CLAIM/INTEREST WITH THE CLERK                     Tammi M. Hellwig
United States Bankruptcy Court                                       Clerk of Court
J. Bratton Davis United States Bankruptcy Courthouse   United States Bankruptcy Court
ATTN: Claims Clerk                                                         J. Bratton Davis United States Bankruptcy Courthouse
1100 Laurel Street                                                           1100 Laurel Street
Columbia, SC 29201−2423                                             Columbia, SC 29201−2423

Columbia, South Carolina                                              Document 13
10/11/11