UNITED STATES BANKRUPTCY COURT

IN THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Precision Lift, Inc. ) | |
| ) | BANKRUPTCY NO: 11-05730-hb |
| ) | |
| Debtors. ) | CHAPTER 7 |
| ) | |

SUPPLEMENTAL ORDER TO FACILITATE
TRUSTEE'S SALE OF ASSETS

This matter comes before the court on motion of the trustee, John Kirkland Fort, for the court to allow the Debtor's account with TD Bank to remain open for the receipt of payments on contracts described herein.

On October 20, 2011 the Court entered its Order authorizing the Trustee to sell certain assets of the estate free and clear of liens. The high bidder and current owner of these assets is Dynamic Fluid Components (DFC).

The contracts purchased by DFC require payment to be received into a TD Bank account owned by the Debtor, Precision Lift, Inc.   The payments are not and will not be property of the estate.

The contract numbers are:

AANG - Iowa Army National Guard USPFO: W912LP-11-F-0129
AANG - MO Missouri Army National Guard -State of Missouri: 12RS01021
ARNG - MD Maryland Army National Guard USPFO: W912K6-11-F-0072
ATLAS-TAXI 10102/2011 8/2/2011
ATLAS-TAXI 10102/2001 8/16/2011
MICCFT-Riley MCC Fort Riley: W911RX-11-F-0094
USPFO-SD South Dakota Army National Guard USPFO: W912MM-11-P-0619

The following information is to be used to make payments for the aforementioned contracts.

Precision Lift Inc
GSA Schedule GS07F-9893H
EIN: 81-0524342
Cage Code: IKJ35
Duns Number: 014232321
Carolina First now TD Bank (account numbers did not change when TD bank purchased Carolina First)
Account number:7101753945
ABA Code routing: 053902197

At the conclusion of the contract payments, the bank account will be closed immediately and not available for any other purpose.

For the Movant:

/s/ John Kirkland Fort
John Kirkland Fort
Trustee
PO Box 813
Drayton, SC 29333
864-573-6311


I Consent:


/s/ James C. Sarratt
James C. Sarratt
Attorney for the Debtor
Sarratt and Clarke
PO Box 10293
Greenville, SC  29603
864-271-4100